Filed on 11/13/2015 2:03:02 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 2:06:36 PM
CHRISTOPHER A. PRINE
Clerk

November 13, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1059909
Trial Court Number: Two (2)

**Style:**

| ATOM NANOELECTRONICS, INC. AND KRIS SMOLINSKI | VS. | APPLIED NANOFLUORESCENCE, LLC |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** THERESA W. CHANG

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Brent C. Perry, No. 15799650 | Jay H. Duskin, No. 06288700 |
| 700 Louisiana, Suite 4545 | 4615 Southwest Freeway, Suite 600 |
| Houston, Texas 77002 | Houston, Texas 77027 |
| Phone: (713) 401-9790 | Phone: (713) 961-3600 |
| Fax: (713) 996-7739 | Fax: (713) 626-0182 |
| E-Mail: bperry@burfordperry.com | E-Mail: jay@jaydushkin.com |

Atom Nanoelectronics, Inc. and Kris Smolinski, appellants, filed an Accelerated Notice of Appeal on November 9, 2015 from the Order Overruling Defendant's Special Appearance that was signed on October 20, 2015.

The Clerk's Record is due to your office on or before November 19, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

FILED
11/9/2015 11:57:26 PM
Stan Stanart
County Clerk
Harris County

## NO. 1059909

| | | |
|---|---|---|
| **APPLIED** | § | **IN THE COUNTY CIVIL COURT** |
| **NANOFLUORESCENCE, LLC** | § | |
| **Plaintifff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **ATOM NANOELECTRONICS, INC.** | § | |
| **and KRIS SMOLINSKI** | § | |
| **Defendants.** | § | **HARRIS    COUNTY,    TEXAS** |

### NOTICE OF INTERLOCUTORY APPEAL

Defendants Atom Nanoelectronics, Inc. and Kris Smolinski give notice of their intent to appeal, pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(7), the trial court's October 20, 2015 order denying their special appearance. This is an accelerated appeal. Tex. R. App.P. 28.1. This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Harris County, Texas.

Respectfully submitted,

BURFORD PERRY, LLP

By:_____
Brent C. Perry
Texas Bar No. 15799650
700 Louisiana, Suite 4545
Houston, Texas  77002
(713) 401-9790
(713) 993-7739 Facsimile
bperry@burfordperry.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants' Notice of Interlocutory Appeal has been served on the following counsel and individuals by electronic service on November 9, 2015.

**BY ELECTRONIC SERVICE**
Jay H. Dushkin
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, TX 77027
jay@jaydushkin.com

_____
Brent C. Perry

NO. 1059909

| | | |
|---|---|---|
| APPLIED NANOFLUORESCENCE, LLC | § | IN THE COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. TWO |
| | § | |
| KRIS SMOLINSKI and | § | |
| ATOM NANOELECTRONICS, INC | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

**ORDER OVERRULING DEFENDANTS' SPECIAL APPEARANCE**

On this day came on for consideration, the special appearances filed by Defendants Kris Smolinski and Atom Nanoelectronics, Inc. After considering the Defendants' special appearances, the response of the Plaintiff, Applied NanoFluorescence, LLC, the evidence presented by the parties, the discovery on file in this case, the arguments of counsel and the pleadings and other papers on file in this cause, the Court

OVERRULES the special appearance of Defendant Atom Nanoelectronics, Inc.; and

OVERRULES the special appearance of Defendant Kris Smolinski

SIGNED on _____ OCT 2 0 2015 _____, 2015.

_____
JUDGE PRESIDING

F:\Applied Nanofluorescence, LLC\PLEA\Order Overruling Special Appearance.doc

**4**